# EXHIBIT 2

**STATE OF MICHIGAN**
**IN THE GENESEE COUNTY CIRCUIT COURT**

**BEVERLY BIGGS-LEAVY,**

    Plaintiff,

    v.

**DOMONIQUE CLEMONS** in His Official
and Individual Capacities,

**JOCELYN BENSON** in Her Official and
Individual Capacities,

    and

**DAVINA DONAHUE** in Her Official and
Individual Capacities,

    Defendants.

Case No: 24-0000 121781-CZ

Hon. Khary L. Hanible

<u>ORDER (1) DISQUALIFYING THE LENTO
LAW GROUP, P.C., (2) DISQUALIFYING
LAWRENCE A. KATZ, (3) GRANTING
THE SUMMARY DISPOSITION MOTIONS
OF EACH DEFENDANT, AND
(4) DISMISSING THE ACTION WITH
PREJUDICE</u>



A TRUE COPY
GENESEE COUNTY CLERK

---

**PLUNKETT COONEY**
Rhonda R. Stowers (P64083)
111 E. Court Street, Suite 18
Flint, MI 48502-1649
T: 810-342-7003 | F: 248-901-4040
rstowers@plunkettcooney.com
amcgrath@plunkettcooney.com
*Attorneys for Defendant Domonique Clemons*

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan 48909
517-335-7659
meingasth@michigan.gov
grille@michigan.gov
*Attorneys for Defendant Jocelyn Benson*

**BUTZEL LONG, P.C.**
Garett Koger (P82115)
Catherine E. Fleming (P86384)
Barrett R. H. Young (P78888)
123 W. Allegan Street, Suite 400
Lansing, MI 48933
517-372-6622
koger@butzel.com
flemingc@butzel.com
youngb@butzel.com
*Attorneys for Defendant Davina Donahue*

**FILED**

APR 0 8 2025

GENESEE COUNTY CLERK
BY_____
DEPUTY CLERK



20240000121781CZ

## ORDER (1) DISQUALIFYING THE LENTO LAW GROUP, P.C., (2) DISQUALIFYING LAWRENCE A. KATZ, (3) GRANTING THE SUMMARY DISPOSITION MOTIONS OF EACH DEFENDANT, AND (4) DISMISSING THE ACTION WITH PREJUDICE

At a session of said Court held in the City of Flint,
County of Genesee, State of Michigan, on April 7, 2025.

PRESENT: HONORABLE   KHARY   L.   HANIBLE
CIRCUIT COURT JUDGE

This matter came before the Court on Defendant Davina Donahue's Motion to Disqualify The Lento Law Group, P.C. and Lawrence A. Katz, and during the course of discussion with those present on the record, the Court resolved and adjudicated the action as follows:

**IT IS HEREBY ORDERED** that for the reasons stated on the record and those articulated in Defendant Davina Donahue's Motion to Disqualify The Lento Law Group, P.C. and Lawrence A. Katz (and its supporting brief), Defendant Davina Donahue's Motion to Disqualify The Lento Law Group, P.C. and Lawrence A. Katz is granted.

**IT IS FURTHER ORDERED** that for the reasons stated on the record and those articulated in Defendant Domonique Clemons's November 19, 2024 summary disposition motion (and its supporting brief), Defendant Domonique Clemons's November 19, 2024 summary disposition motion is granted.

**IT IS FURTHER ORDERED** that for the reasons stated on the record and those articulated in Defendant Jocelyn Benson's December 5, 2024 summary disposition motion (and its supporting brief), Defendant Jocelyn Benson's December 5, 2024 summary disposition motion is granted.

**IT IS FURTHER ORDERED** that for the reasons stated on the record and those articulated in Defendant Davina Donahue's December 13, 2024 summary disposition motion, Defendant Davina Donahue's December 13, 2024 summary disposition motion is granted.

**IT IS FURTHER ORDERED** that for the reasons stated above, and for Plaintiff's failure to prosecute the action, the action is dismissed with prejudice as to each defendant.

**IT IS SO ORDERED.**

This is a final order and it closes this case.

Dated: 4.8.25

HON. KHARY L. HANIBLE
Circuit Court Judge