UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

    Plaintiff,

v.

LADEL LEWIS, *et al.*,

    Defendants.

Case No. 25-cv-11225
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING PLAINTIFF LEAVE
TO FILE A FIRST AMENDED COMPLAINT**

On April 29, 2025, Plaintiff Jedediah Brown filed this action against the Defendants. (*See* Compl., ECF No. 1.)  In his Complaint, Brown alleges that the Defendants violated his constitutional, statutory, and common law rights when he was removed from a Flint City Council meeting. (*See id.*)

The Defendants have now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot., ECF No. 20.)  While Defendants raise several bases for their motion, one of their arguments is that Brown has failed to plead sufficient facts in support of at least some of his claims under the Supreme Court's decisions in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). (*See, e.g., id,*, PageID.410.)

1

Without expressing any view regarding the merits of the motion, the Court will grant Brown the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his allegations.  The Court does not anticipate allowing Brown another opportunity to amend to add factual allegations that he could now include in a First Amended Complaint.  Simply put, this is Brown's opportunity to amend his allegations to cure the alleged deficiencies in his claims.

By **August 4, 2025**, Brown shall file a notice on the docket in this action notifying the Court and the Defendants whether he will be filing a First Amended Complaint.  If Brown provides notice that he will be filing a First Amended Complaint, he shall file that amended pleading by no later than **August 18, 2025**.  If Brown provides notice that he will not be filing a First Amended Complaint, he shall respond to the Defendants' dispositive motion by no later than **August 18, 2025**.

Finally, if Brown provides notice that he will be filing a First Amended Complaint, the Court will terminate the Defendants' currently-pending motion to dismiss without prejudice as moot.  The Defendants may file a renewed dispositive motion directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

Dated:  July 23, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 23, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126