UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

    Plaintiff,

v.

LADEL LEWIS, *et al.*,

    Defendants.
_____/

Case No. 25-cv-11225
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 20)

On April 29, 2025, Plaintiff Jedediah Brown filed this action against the Defendants. (*See* Compl., ECF No. 1.)  In his Complaint, Brown alleges that the Defendants violated his constitutional, statutory, and common law rights when he was removed from a Flint City Council meeting. (*See id.*)  Defendants thereafter moved to dismiss. (*See* Mot., ECF No. 20.)

On July 23, 2025, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting Brown leave to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Defendants in their motion to dismiss. (*See* Order, ECF No. 21.) The Court informed the parties that if Brown decided to file a First Amended Complaint, it would terminate Defendants' initially-filed motion to dismiss without prejudice. (*See id.*)

1

On July 24, 2025, Brown filed a notice that he intends to file a First Amended Complaint. (*See* Notice, ECF No. 22.) Accordingly, the Court **TERMINATES** Defendants' now-pending motion to dismiss (ECF No. 20) **WITHOUT PREJUDICE**. The Defendants may file a renewed dispositive motion directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126