UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

    Plaintiff,

v.

LADEL LEWIS, *et al.*,

    Defendants.

Case No. 25-cv-11225
Hon. Matthew F. Leitman

_____/

**ORDER (1) GRANTING DEFENDANTS' MOTION TO DISQUALIFY COUNSEL (ECF No. 11); (2) TERMINATING AS MOOT PLAINTIFF'S APPLICATION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT (ECF No. 13); AND (3) STAYING CASE FOR 60 DAYS**

On October 31, 2025, the Court held a hearing on Defendants' Motion to Disqualify Counsel (ECF No. 11). For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Defendants' Motion to Disqualify Counsel (ECF No. 11) is **GRANTED**. Attorney Lawrence A. Katz and the Lento Law Group, P.C., are disqualified from representing Plaintiff in this case. As the Court stressed on the record, this ruling is not a reflection on Mr. Katz's conduct in this action – about which the Court has no concerns. Instead, as explained in detail on the record, disqualification is required because Mr. Katz appears in the action through the Lento Law Group, P.C., and the sole owner of that firm has had his law license

1

suspended by the Supreme Court of Pennsylvania. The Court concludes that under the Michigan Rules of Professional Conduct, which have been adopted by this Court, the suspension of the Pennsylvania law license of the sole owner of the Lento Law Group, P.C., precludes attorneys from that firm from practicing in Michigan courts and in this Court. The Court notes that Mr. Katz candidly acknowledged on the record that this Court's interpretation and application of the governing rules to the facts of this case were reasonable.

(2) Plaintiff's Application for Relief from Local Counsel Requirement (*see* ECF No. 13, PageID.320) is **TERMINATED AS MOOT**.

(3) The action is stayed for 60 days to give Plaintiff time to find new counsel. New counsel shall file an Appearance within 60 days. Once new counsel files an Appearance, the Court will convene a status conference to discuss next steps. Defendants need not file a reply in further support of their motion to dismiss until further order of the Court.

**IT IS SO ORDERED**.

Dated: October 31, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 31, 2025, by electronic means and/or ordinary mail.

s/William Barkholz for Holly A. Ryan
Case Manager
(313) 234-5126

2