UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEDEDIAH BROWN<br>*Plaintiff,*<br><br>   -v-<br><br>LADEL LEWIS, CANDICE MUSHATT,<br>JOANNE GURLEY, TERENCE GREEN,<br>VINCENT VILLAREAL, and OFFICER GUY<br>in their official and individual capacities,<br>*Defendants.* | )<br>)<br>)    **Case No.:    25-cv-11225**<br>)<br>)<br>)<br>)<br>)    **Entry of Appearance**<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Frank R. Schirripa of the Hach Rose Schirripa & Rehns LLP and hereby enters

his appearance in the above-entitled matter, on behalf of Plaintiff, Jedediah Brown.  Please include

counsel on further certificates of service.

DATED this 3rd day of April 2026.


Hach Rose Schirripa & Rehns LLP



__/s/ Frank R. Schirripa_____
Frank R. Schirripa, Esq.
*Superseding Attorney*
NY Attorney ID#:    4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com
(T) 212-213-8311