UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

     Plaintiff,

v.

LADEL LEWIS, *et al.*,

     Defendants.

Case No. 25-cv-11225
Hon. Matthew F. Leitman

_____/

**ORDER (1) STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS (ECF No. 31) AND (2) REQUIRING PLAINTIFF
TO FILE A NEW RESPONSE TO DEFENDANTS' MOTION TO DISMISS
(ECF No. 27)**

On September 12, 2025, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (*See* Mot., ECF No. 27.)  Plaintiff, through Attorney Lawrence A. Katz, filed a response on October 24, 2025. (*See* Resp., ECF No. 31.)  The Court later determined that Attorney Katz had to be disqualified as counsel in the case. Given that Attorney Katz's participation in the case was not permissible, the response filed by Attorney Katz should be, and hereby is, **STRICKEN** from the record.  **IT IS FURTHER ORDERED** that Plaintiff shall file a new response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 27)

1

by not later than **May 1, 2026**.[1]  Defendants may file a reply in further support of their motion to dismiss by not later than **May 15, 2026**.  **No extensions will be granted to these deadlines**.

   **IT IS SO ORDERED**.

          s/Matthew F. Leitman
          MATTHEW F. LEITMAN
          UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2026

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 6, 2026, by electronic means and/or ordinary mail.

          s/Holly A. Ryan
          Case Manager
          (313) 234-5126

---

[1] Nothing in this order precludes Plaintiff, through newly-retained counsel, from filing the same response that Attorney Katz previously filed on behalf of Plaintiff. Plaintiff's new counsel may re-file the earlier response if new counsel, through the exercise of his own independent professional judgment, deems the originally-filed response to be appropriate and sufficient.