UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jedediah Brown,

                    Plaintiff(s),

v.                                          Case No. 2:25–cv–11225–MFL–DRG
                                            Hon. Matthew F. Leitman

Ladel Lewis, et al.,

                    Defendant(s),
_____

### NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

Motion to Dismiss – #27

- MOTION HEARING:  July 10, 2026 at 09:30 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** (646) 828–7666
**MEETING ID:**      165 955 0324

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                              By: s/Holly A Ryan
                                  Case Manager

Dated:  May 28, 2026