UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

     Plaintiff,

v.

LADEL LEWIS, *et al.*,

     Defendants.

Case No. 25-cv-11225
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 27)**

On July 10, 2026, the Court held a hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 27.)[1] For the reasons stated on the record, the motion is **GRANTED** as follows:

(1) Counts 1 and 2 of the First Amended Complaint (the only federal-law claims asserted) are **DISMISSED WITH PREJUDICE**; and

(2) Counts 3, 4, and 5 of the First Amended Complaint (which all arise under state law) are **DISMISSED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 10, 2026

---

[1] During the hearing, the Court referenced the Official Flint City Council YouTube video of the April 28, 2025, Flint City Council meeting.  Here is the link to that video: https://www.youtube.com/watch?v=BGbZoY9qVU0.  As a reminder, the relevant portion of the video is from the beginning to around the 19:20 minute mark, with the most relevant parts being from 0:00-7:30 and 18:00-19:20.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126