UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEDEDIAH BROWN,

     Plaintiff,

                                      Case No. 25-cv-11225
v.                                         Hon. Matthew F. Leitman

LADEL LEWIS, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff's federal-law claims are dismissed with prejudice and Plaintiff's state-law claims are dismissed without prejudice.

                                       KINIKIA ESSIX
                                       CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                 Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 10, 2026
Detroit, Michigan

1